# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                                        §
                                              §
SHARON ANTHONY POMEROY                        §        Case No. 1:11-12342-SPS
                                              §
                            Debtor(s)          §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
    .  The undersigned trustee was appointed on                  .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                      $

        Funds were disbursed in the following amounts:

        Payments made under an interim
        disbursement
        Administrative expenses
        Bank service fees
        Other payments to creditors
        Non-estate funds paid to 3rd Parties
        Exemptions paid to the debtor
        Other payments to the debtor

        Leaving a balance on hand of[1]                   $

    The remaining funds are available for distribution.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)** *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                and the deadline for filing governmental claims was                . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $          , for a total compensation of $          $^{2}$.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $       , and now requests reimbursement for expenses of $       , for total expenses of $        $^{2}$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____      By:/s/STEVEN R. RADTKE_____
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^{2}$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | |
|---|---|
| Case No: | 11-12342 SPS |
| Case Name: | SHARON ANTHONY POMEROY |
| For Period Ending: | 03/05/2012 |

| | |
|---|---|
| Judge: | Susan Pierson Sonderby |

| | |
|---|---|
| Trustee Name: | STEVEN R. RADTKE |
| Date Filed (f) or Converted (c): | 03/25/2011 (f) |
| 341(a) Meeting Date: | 05/09/2011 |
| Claims Bar Date: | 11/02/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence: Single family home. In foreclosure. Debtor Intent | 210,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Savings Account Ending: 8248 Location: First Midwest Bank, 5 | 35.78 | 0.00 | DA | 0.00 | FA |
| 3. Checking Account Ending: 8235 Location: First Midwest Bank 5 | 132.55 | 0.00 | DA | 0.00 | FA |
| 4. First Midwest Bank Checking Account Ending: 2241 749 Lee Str | 2.40 | 0.00 | DA | 0.00 | FA |
| 5. Security Deposit for apartment. Ms. Eleanore Pierce, 2000 Mi | 2,095.00 | 0.00 | DA | 0.00 | FA |
| 6. Security Deposit with NICOR | 80.00 | 0.00 | DA | 0.00 | FA |
| 7. Misc. living room and bedroom furniture, misc. kitchenware a | 800.00 | 0.00 | DA | 0.00 | FA |
| 8. personal computer and printer | 300.00 | 0.00 | DA | 0.00 | FA |
| 9. Misc. music cds and dvds. Location: 242 S. Delphia, Park Rid | 50.00 | 0.00 | DA | 0.00 | FA |
| 10. Misc. personal wearing apparel | 800.00 | 0.00 | DA | 0.00 | FA |
| 11. Wedding Ring: both wedding and engagement ring Location: 242 | 200.00 | 0.00 | DA | 0.00 | FA |
| 12. 401(k) with Baker & McKenzie Plan ID: B11050 Account Ending: | 93,108.00 | 0.00 | DA | 0.00 | FA |
| 13. Auto: 2005 Hyundai Tuscon, 46,000 Location: 242 N. Delphia, | 6,450.00 | 1,580.00 | DA | 0.00 | FA |
| 14. 2006 Kia Sorento Mileage: Approximately 100,000 Car in posse | 3,650.00 | 3,650.00 | DA | 0.00 | FA |
| 15. Animals: Dog-mixed breed | 1.00 | 0.00 | DA | 0.00 | FA |
| 16. Preferences | 0.00 | 6,559.96 | | 5,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.01 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $317,704.73 | $11,789.96 | | $5,000.01 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Major activities affecting case closing which are not reflected above, and matters pending; date of hearing on sale; and other action:

Motion to approve compromise of alleged preferences pending; hearing set for 12/12/11;  No suit filed.

Exhibit A

Initial Projected Date of Final Report (TFR): 07/29/2013          Current Projected Date of Final Report (TFR):

Case 11-12342   Doc 32   Filed 03/20/12   Entered 03/20/12 11:33:26   Desc Main

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 11-12342
Case Name: SHARON ANTHONY POMEROY

Taxpayer ID No: XX-XXX8302
For Period Ending: 03/05/2012

Trustee Name: STEVEN R. RADTKE
Bank Name: Bank of America
Account Number/CD#: XXXXXX0438
Money Market Account
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/28/11 | 16 | Nelson S. Anthony 14274 Flaggstaff Court Huntley, IL 60142-6409 | settlement of preferential transfers | 1141-000 | $5,000.00 | | $5,000.00 |
| 01/13/12 | INT | Bank of America | Post accrued interest for account number 4437830438. | 1270-000 | $0.01 | | $5,000.01 |
| 01/16/12 | | Transfer to Acct # xxxxxx0454 | Transfer of Funds from MMA account xxx0438 to Checking account xxx0454 | 9999-000 | | $5,000.01 | $0.00 |

|  | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $5,000.01 | $5,000.01 |
| Less: Bank Transfers/CD's | $0.00 | $5,000.01 |
| Subtotal | $5,000.01 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,000.01 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*          Page Subtotals:          $5,000.01          $5,000.01

Case 11-12342   Doc 32   Filed 03/20/12   Entered 03/20/12 11:33:26   Desc Main

Document   Page 6 of 11

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 11-12342 | Trustee Name: STEVEN R. RADTKE |
| Case Name: SHARON ANTHONY POMEROY | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX0454 |
| | Checking |
| Taxpayer ID No: XX-XXX8302 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/05/2012 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/16/12 | | Transfer from Acct # xxxxxx0438 | Transfer of Funds from MMA account xxx0438 to Checking account xxx0454 | 9999-000 | $5,000.01 | | $5,000.01 |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| COLUMN TOTALS | $5,000.01 | $0.00 |
| Less: Bank Transfers/CD's | $5,000.01 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*       Page Subtotals:       $5,000.01       $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0438 - Money Market Account | $5,000.01 | $0.00 | $0.00 |
| XXXXXX0454 - Checking | $0.00 | $0.00 | $5,000.01 |
| | $5,000.01 | $0.00 | $5,000.01 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,000.01 |
| Total Gross Receipts: | $5,000.01 |

Page Subtotals:                                     $0.00          $0.00

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-12342-SPS                                                           Date: March 5, 2012
Debtor Name: SHARON ANTHONY POMEROY
Claims Bar Date: 11/2/2011

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL 60603 , | Administrative | | $0.00 | $1,250.00 | $1,250.00 |
| 100 2200 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL 60603 , | Administrative | | $0.00 | $3.15 | $3.15 |
| 100 3110 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL 60603 , | Administrative | | $0.00 | $1,635.25 | $1,635.25 |
| 1 300 7100 | American Infosource Lp As Agent For Target Po Box 248866 Oklahoma City, Ok 73124-8866 | Unsecured | | $0.00 | $640.58 | $640.58 |
| 2 300 7100 | N. A. Capital One Capital One,N.A. C/O Creditors Bankruptcy Service P O Box 740933 Dallas, Tx 75374 | Unsecured | | $0.00 | $781.14 | $781.14 |
| 3 300 7100 | Ge Capital Retail Bank C/O Recovery Management Systems Corporat 25 Se 2Nd Ave Suite 1120 Miami Fl 33131-1605 | Unsecured | | $0.00 | $689.89 | $689.89 |
| | Case Totals | | | $0.00 | $5,000.01 | $5,000.01 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 1:11-12342-SPS
Case Name: SHARON ANTHONY POMEROY
Trustee Name: STEVEN R. RADTKE

Balance on hand                                                          $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ | $ | $ |
| Trustee Expenses: STEVEN R. RADTKE | $ | $ | $ |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                                        $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court,
priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | $ | $ | $ |
| 2 | N. A. Capital One | $ | $ | $ |
| 3 | Ge Capital Retail Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be          percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be          percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE