**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re:                                         §
                                               §
SHARON ANTHONY POMEROY      §         Case No. 1:11-12342-SPS
                                               §
         Debtor(s)                         §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                 219 S. Dearborn Street
                 Chicago, IL  60604
    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee application(s) and any objection to the Final Report will be held at:

        10:30 a.m. on April 18, 2012
        in Courtroom 642, U. S. Courthouse
        219 South Dearborn Street, Chicago, IL 60604

    If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____Kenneth S. Gardner_____
                                                                                 Clerk of the Bankruptcy Court

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
SHARON ANTHONY POMEROY § Case No. 1:11-12342-SPS
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,000.01 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 5,000.01 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: STEVEN R. RADTKE | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Trustee Expenses: STEVEN R. RADTKE | $ 3.15 | $ 0.00 | $ 3.15 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 1,635.25 | $ 0.00 | $ 1,635.25 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,888.40 |
| Remaining Balance | | $ | 2,111.61 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,111.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | $ 640.58 | $ 0.00 | $ 640.58 |
| 2 | N. A. Capital One | $ 781.14 | $ 0.00 | $ 781.14 |
| 3 | Ge Capital Retail Bank | $ 689.89 | $ 0.00 | $ 689.89 |
| | Total to be paid to timely general unsecured creditors | | | $ 2,111.61 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

           Prepared By: /s/ Steven R. Radtke
                 Steven R. Radtke, Trustee


*STEVEN R. RADTKE*
*79 WEST MONROE STREET*
*SUITE 1305*
*CHICAGO, IL 60603*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-12342-SPS
Sharon Anthony Pomeroy                                                  Chapter 7
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: kseldon              Page 1 of 3              Date Rcvd: Mar 21, 2012
                              Form ID: pdf006            Total Noticed: 68

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2012.
```
db          +Sharon Anthony Pomeroy,    242 N. Delphia,    Park Ridge, IL 60068-3243
17013837     Acs/wells Fargo,    Acs Educaton Servi,    Utica, NY 13501
17013838    +Aes/wachovia,    Pob 2461,    Harrisburg, PA 17105-2461
17013839    +American Express,    c/o Becket and Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
17013840    +American Express,    P.o. Box 981537,    El Paso, TX 79998-1537
17362202    +Anthony R Pomeroy,    1330 Rand Road Apt 104,    Des Plaines, IL 60016-3433
17013841    +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
17013843    +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
17013842    +Barclays Bank Delaware,    Attention: Customer Support Dept,    Po Box 8833,
              Wilmington, DE 19899-8833
17013844    +Bill Me Later,    PO Box 105658,    Atlanta, GA 30348-5658
17013845   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One, N.a.,     Bankruptcy Dept,    Po Box 5155,
              Norcross, GA 30091)
17735116    +Capital One,N.A.,    c/o Creditors Bankruptcy Service,     P O Box 740933,    Dallas, TX 75374-0933
17013847    +Chadwicks,    P.O. Box 659728,    San Antonio, TX 78265-9728
17013848    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
17013850    +Chase-pier1,    Po Box 15298,    Wilmington, DE 19850-5298
17013849    +Chase-pier1,    Attn: Recovery,    Po Box 15298,    Wilmington, DE 19850-5298
17013852    +Childrens Place,    Po Box 6497,    Sioux Falls, SD 57117-6497
17013851    +Childrens Place,    Attn.: Centralized Bankruptcy,     Po Box 20507,    Kansas City, MO 64195-0507
17013854    +Citibank Usa,    Po Box 6497,    Sioux Falls, SD 57117-6497
17013853    +Citibank Usa,    Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
17013855    +City of Des Plaines,    Desplaines Civic Center,    1420 Miner Street,    Des Plaines, IL 60016-4499
17013856    +Clc Consumer Services,    2730 Liberty Ave,    Pittsburgh, PA 15222-4704
17013857    +Codilis & Associates, P.C.,     ATTN: 14-10-45486,    15W030 North Frontage Road, Ste 100,
              Willowbrook, IL 60527-6921
17013858    +Cslfc,    501 Bleecker St,    Utica, NY 13501-2401
17013860   ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services,     1 Dell Way,    Round Rock, TX 78682)
17362201    +Eleanor Pierce,    2000 Milton Ave,    Park Ridge, IL 60068-2320
17013863   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,     Fifth Third Center,    Cincinnati, OH 45263)
17013861    +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
17013862    +Fifth Third Bank,    C/O Bankruptcy Dept, Mdropso5,    1850 East Paris,
              Grand Rapids, MI 49546-6210
17013864    +First Midwest Bank/na,    214 Washington St,    Waukegan, IL 60085-5618
17013870    +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
17013869    +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
17013872    +Hyundai Finc,    10550 Talbert Ave,    Fountain Valley, CA 92708-6032
17013871    +Hyundai Finc,    Attn: Bankruptcy,    Pob 20809,    Fountain Valley, CA 92728-0809
17013875    +Nationwide,    Minnesota, MN 56264
17013881    #+Rbc Bank,    P O Box 700,    Rocky Mount, NC 27802-0700
17013880    +Rbc Bank,    1476 Hunter Hill Rd,    Rocky Mount, NC 27804-1731
17013883    +Sears/cbsd,    Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
17013882    +Sears/cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432
17013884    +Sherman Healthcare,    600 S. Randall Road,    Algonquin, IL 60102-5935
17013885    +Suntrust Mortgage/cc 5,    Attention: Bankruptcy,    Po Box 85092,    Richmond, VA 23285-5092
17013886    +Suntrust Mortgage/cc 5,    1001 Semmes Ave,    Richmond, VA 23224-2245
17013888    +Target,    Po Box 59317,    Minneapolis, MN 55459-0317
17013889    +Target,    Po Box 673,    Minneapolis, MN 55440-0673
17013887     Target,    PO Box 660170,    Dallas, TX 75266-0170
17013890    +Uac/sst,    4315 Pickett Road,    Saint Joseph, MO 64503-1600
17013891    +Union Acceptance,    Po Box 3999,    St Josephs, MO 64503-0999
17013893    +Vericrest,    Po Box 24610,    Oklahoma City, OK 73124-0610
17013894    +Wachovia,    Minnesota, MN 56264
17013895    +Wells Fargo Hm Mortgag,    Po Box 10335,    Des Moines, IA 50306-0335
17013896    +Wfnnb/chadwk,    Attn: Bankruptcy,    Po Box 182124,    Columbus, OH 43218-2124
17013897    +Wfnnb/chadwk,    4590 E Broad St,    Columbus, OH 43213-1301
17013898    +Wfnnb/lanebr,    4590 E Broad St,    Columbus, OH 43213-1301
17013899    +Wfnnb/roomplace,    Po Box 182789,    Columbus, OH 43218-2789
17013900    +Wfnnb/value City Furn,    Attn: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
17013901    +Wfnnb/value City Furn,    4590 E Broad St,    Columbus, OH 43213-1301
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17640523     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 22 2012 03:00:17
              American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK   73124-8866
17013864    +E-mail/Text: fmbbankruptcy@firstmidwest.com Mar 22 2012 03:21:16     First Midwest Bank/na,
              214 Washington St,    Waukegan, IL 60085-5618
17890411     E-mail/PDF: gecsedi@recoverycorp.com Mar 22 2012 03:03:07     GE Capital Retail Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
17013866    +E-mail/PDF: gecsedi@recoverycorp.com Mar 22 2012 03:04:09     Gemb/jcp,    Po Box 981402,
              El Paso, TX 79998-1402
```

```
District/off: 0752-1          User: kseldon            Page 2 of 3             Date Rcvd: Mar 21, 2012
                              Form ID: pdf006          Total Noticed: 68
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
17013865     +E-mail/PDF: gecsedi@recoverycorp.com Mar 22 2012 03:04:09     Gemb/jcp,   Attention: Bankruptcy,
              Po Box 103104,   Roswell, GA 30076-9104
17013867     +E-mail/PDF: gecsedi@recoverycorp.com Mar 22 2012 03:04:09     Gemb/walmart,   Po Box 981400,
              El Paso, TX 79998-1400
17013868     +E-mail/PDF: gecsedi@recoverycorp.com Mar 22 2012 03:04:09     Gemb/whitehall,    Po Box 981439,
              El Paso, TX 79998-1439
17013874     +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 22 2012 01:31:12     Kohls,   Po Box 3115,
              Milwaukee, WI 53201-3115
17013873     +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 22 2012 01:31:12     Kohls,   Attn: Recovery Dept,
              Po Box 3120,   Milwaukee, WI 53201-3120
17013876     +E-mail/Text: bkrnotis@nationwide.com Mar 22 2012 03:03:10     Nationwide Advantage,
              7760 Office Plaza Dr,   West DesMoines, IA 50266-2336
17013877     +E-mail/Text: bkrnotis@nationwide.com Mar 22 2012 03:03:10     Nationwide Advantage,
              1701 48th St Ste 100,   West Des Moines, IA 50266-6723
17013878     +E-mail/Text: bankrup@nicor.com Mar 22 2012 01:30:33    Nicor Gas,
              Attention: Bankruptcy Department,   Po Box 190,   Aurora, IL 60507-0190
17013879     +E-mail/Text: bankrup@nicor.com Mar 22 2012 01:30:33    Nicor Gas,   1844 Ferry Road,
              Naperville, IL 60563-9600
                                                                                             TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17013846*    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One, N.a.,   Po Box 85520,   Richmond, VA 23285)
17013859*    ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services,   Attn: Bankruptcy Dept.,   Po Box 81577,
              Austin, TX 78708)
17013892    ##+Union Acceptance,   250 N Shadeland A,   Indianapolis, IN 46219-4959
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 23, 2012**            **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: kseldon              Page 3 of 3               Date Rcvd: Mar 21, 2012
                              Form ID: pdf006            Total Noticed: 68
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2012 at the address(es) listed below:
         Gloria C Tsotsos   on behalf of Creditor  Nationwide Advantage Mortgage Company
          nd-three@il.cslegal.com
         Mark  Moreno   on behalf of Debtor Sharon Pomeroy mark@moreno-law.com
         Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
         Steven R Radtke   sradtke@chillchillradtke.com, sradtke@ecf.epiqsystems.com
         Steven R Radtke   on behalf of Trustee Steven Radtke sradtke@chillchillradtke.com
                                                                                                                                      TOTAL: 5

Case 11-12342   Doc 37   Filed 03/21/12   Entered 03/23/12 23:36:16   Desc Imaged
Certificate of Notice   Page 7 of 7