# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                  §
                                        §
SHARON ANTHONY POMEROY                   §        Case No. 11-12342
                                        §
            Debtor(s)                    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

---

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/STEVEN R. RADTKE _____
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank C/O Bankruptcy Dept, Mdropso5 1850 East Paris Grand Rapids, MI 49546 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank C/O Bankruptcy Dept, Mdropso5 1850 East Paris Grand Rapids, MI 49546 | | | | | |
| | Nationwide Advantage 7760 Office Plaza Dr West DesMoines, IA 50266 | | | | | |
| | Nationwide Advantage 7760 Office Plaza Dr West DesMoines, IA 50266 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nationwide Minnesota, MN | | | | | |
| | Nationwide Minnesota, MN | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Acs/wells Fargo Acs Educaton Servi Utica, NY 13501 | | | | | |
| | Acs/wells Fargo Acs Educaton Servi Utica, NY 13501 | | | | | |
| | Aes/wachovia Pob 2461 Harrisburg, PA 17101 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aes/wachovia Pob 2461 Harrisburg, PA 17101 | | | | | |
| | American Express c/o Becket and Lee LLP Po Box 3001 Malvern, PA 19355 | | | | | |
| | American Express c/o Becket and Lee LLP Po Box 3001 Malvern, PA 19355 | | | | | |
| | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | | | | | |
| | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | | | | | |
| | Barclays Bank Delaware Attention: Customer Support Dept Po Box 8833 Wilmington, DE 19899 | | | | | |
| | Barclays Bank Delaware Attention: Customer Support Dept Po Box 8833 Wilmington, DE 19899 | | | | | |
| | Bill Me Later PO Box 105658 Atlanta, GA 30348 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bill Me Later PO Box 105658 Atlanta, GA 30348 | | | | | |
| | Capital One, N.a. Bankruptcy Dept Po Box 5155 Norcross, GA 30091 | | | | | |
| | Capital One, N.a. Bankruptcy Dept Po Box 5155 Norcross, GA 30091 | | | | | |
| | Chadwicks P.O. Box 659728 San Antonio, TX 78265 | | | | | |
| | Chadwicks P.O. Box 659728 San Antonio, TX 78265 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase-pier1 Attn: Recovery Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase-pier1 Attn: Recovery Po Box 15298 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Childrens Place Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Childrens Place Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citibank Usa Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citibank Usa Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | City of Des Plaines Desplaines Civic Center 1420 Miner Street Des Plaines, IL 60016 | | | | | |
| | City of Des Plaines Desplaines Civic Center 1420 Miner Street Des Plaines, IL 60016 | | | | | |
| | Clc Consumer Services 2730 Liberty Ave Pittsburgh, PA 15222 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Clc Consumer Services 2730 Liberty Ave Pittsburgh, PA 15222 | | | | | |
| | Cslfc 501 Bleecker St Utica, NY 13501 | | | | | |
| | Cslfc 501 Bleecker St Utica, NY 13501 | | | | | |
| | Dell Financial Services Attn: Bankruptcy Dept. Po Box 81577 Austin, TX 78708 | | | | | |
| | Dell Financial Services Attn: Bankruptcy Dept. Po Box 81577 Austin, TX 78708 | | | | | |
| | Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | | | | |
| | Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | | | | |
| | Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | | | | |
| | Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | | | | |
| | Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | | | | |
| | Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | | | | |
| | Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | | | | |
| | Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | | | | |
| | Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | | | | |
| | Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | | | | |
| | Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | | | | |
| | First Midwest Bank/na 214 Washington St Waukegan, IL 60085 | | | | | |
| | First Midwest Bank/na 214 Washington St Waukegan, IL 60085 | | | | | |
| | Gemb/jcp Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gemb/jcp Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Gemb/walmart Po Box 981400 El Paso, TX 79998 | | | | | |
| | Gemb/walmart Po Box 981400 El Paso, TX 79998 | | | | | |
| | Gemb/whitehall Po Box 981439 El Paso, TX 79998 | | | | | |
| | Gemb/whitehall Po Box 981439 El Paso, TX 79998 | | | | | |
| | Hsbc Bank Attn: Bankruptcy Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hsbc Bank Attn: Bankruptcy Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hyundai Finc Attn: Bankruptcy Pob 20809 Fountain Valley, CA 92728 | | | | | |
| | Hyundai Finc Attn: Bankruptcy Pob 20809 Fountain Valley, CA 92728 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohls Attn: Recovery Dept Po Box 3120 Milwaukee, WI 53201 | | | | | |
| | Kohls Attn: Recovery Dept Po Box 3120 Milwaukee, WI 53201 | | | | | |
| | Nicor Gas Attention: Bankruptcy Department Po Box 190 Aurora, IL 60507 | | | | | |
| | Nicor Gas Attention: Bankruptcy Department Po Box 190 Aurora, IL 60507 | | | | | |
| | Rbc Bank 1476 Hunter Hill Rd Rocky Mount, NC 27804 | | | | | |
| | Rbc Bank 1476 Hunter Hill Rd Rocky Mount, NC 27804 | | | | | |
| | Sears/cbsd 701 East 60th St N Sioux Falls, SD 57117 | | | | | |
| | Sears/cbsd 701 East 60th St N Sioux Falls, SD 57117 | | | | | |
| | Sears/cbsd Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears/cbsd Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Sherman Healthcare 600 S. Randall Road Algonquin, IL 60102 | | | | | |
| | Sherman Healthcare 600 S. Randall Road Algonquin, IL 60102 | | | | | |
| | Suntrust Mortgage/cc 5 Attention:  Bankruptcy Po Box 85092 Richmond, VA 23286 | | | | | |
| | Suntrust Mortgage/cc 5 Attention:  Bankruptcy Po Box 85092 Richmond, VA 23286 | | | | | |
| | Target Po Box 59317 Minneapolis, MN 55459 | | | | | |
| | Target Po Box 59317 Minneapolis, MN 55459 | | | | | |
| | Target PO Box 660170 Dallas, TX 75266-0170 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Target PO Box 660170 Dallas, TX 75266-0170 | | | | | |
| | Uac/sst 4315 Pickett Road Saint Joseph, MO 64503 | | | | | |
| | Uac/sst 4315 Pickett Road Saint Joseph, MO 64503 | | | | | |
| | Union Acceptance Po Box 3999 St Josephs, MO 64503 | | | | | |
| | Union Acceptance Po Box 3999 St Josephs, MO 64503 | | | | | |
| | Vericrest Po Box 24610 Oklahoma City, OK 73124 | | | | | |
| | Vericrest Po Box 24610 Oklahoma City, OK 73124 | | | | | |
| | Wachovia Minnesota, MN | | | | | |
| | Wachovia Minnesota, MN | | | | | |
| | Wells Fargo Hm Mortgag Po Box 10335 Des Moines, IA 50306 | | | | | |
| | Wells Fargo Hm Mortgag Po Box 10335 Des Moines, IA 50306 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wfnnb/chadwk Attn: Bankruptcy Po  Box 182124 Columbus, OH 43218 | | | | | |
| | Wfnnb/chadwk Attn: Bankruptcy Po  Box 182124 Columbus, OH 43218 | | | | | |
| | Wfnnb/lanebr 4590 E Broad St Columbus, OH 43213 | | | | | |
| | Wfnnb/lanebr 4590 E Broad St Columbus, OH 43213 | | | | | |
| | Wfnnb/roomplace Po Box 182789 Columbus, OH 43218 | | | | | |
| | Wfnnb/roomplace Po Box 182789 Columbus, OH 43218 | | | | | |
| | Wfnnb/value City Furn Attn: Bankruptcy Po Box 182686 Columbus, OH 43218 | | | | | |
| | Wfnnb/value City Furn Attn: Bankruptcy Po Box 182686 Columbus, OH 43218 | | | | | |
| 1 | American Infosource Lp As Agent For | | | | | |
| 3 | Ge Capital Retail Bank | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | N. A. Capital One | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 11-12342 | SPS | Judge: | Susan Pierson Sonderby | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | SHARON ANTHONY POMEROY | | | | Date Filed (f) or Converted (c): | 03/25/2011 (f) |
| | | | | | 341(a) Meeting Date: | 05/09/2011 |
| For Period Ending: | 06/06/2012 | | | | Claims Bar Date: | 11/02/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Residence: Single family home. In foreclosure. Debtor Intent | 210,000.00 | 0.00 | DA | 0.00 | FA |
| 2.  Savings Account Ending: 8248 Location: First Midwest Bank, 5 | 35.78 | 0.00 | DA | 0.00 | FA |
| 3.  Checking Account Ending: 8235 Location: First Midwest Bank 5 | 132.55 | 0.00 | DA | 0.00 | FA |
| 4.  First Midwest Bank Checking Account Ending: 2241 749 Lee Str | 2.40 | 0.00 | DA | 0.00 | FA |
| 5.  Security Deposit for apartment. Ms. Eleanore Pierce, 2000 Mi | 2,095.00 | 0.00 | DA | 0.00 | FA |
| 6.  Security Deposit with NICOR | 80.00 | 0.00 | DA | 0.00 | FA |
| 7.  Misc. living room and bedroom furniture, misc. kitchenware a | 800.00 | 0.00 | DA | 0.00 | FA |
| 8.  personal computer and printer | 300.00 | 0.00 | DA | 0.00 | FA |
| 9.  Misc. music cds and dvds. Location: 242 S. Delphia, Park Rid | 50.00 | 0.00 | DA | 0.00 | FA |
| 10.  Misc. personal wearing apparel | 800.00 | 0.00 | DA | 0.00 | FA |
| 11.  Wedding Ring: both wedding and engagement ring Location: 242 | 200.00 | 0.00 | DA | 0.00 | FA |
| 12.  401(k) with Baker & McKenzie Plan ID: B11050 Account Ending: | 93,108.00 | 0.00 | DA | 0.00 | FA |
| 13.  Auto: 2005 Hyundai Tuscon, 46,000 Location: 242 N. Delphia, | 6,450.00 | 1,580.00 | DA | 0.00 | FA |
| 14.  2006 Kia Sorento Mileage: Approximately 100,000 Car in posse | 3,650.00 | 3,650.00 | DA | 0.00 | FA |
| 15.  Animals: Dog-mixed breed | 1.00 | 0.00 | DA | 0.00 | FA |
| 16.  Preferences | 0.00 | 6,559.96 | | 5,000.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.01 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $317,704.73   $11,789.96   $5,000.01   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing of sales and other action:

Motion to approve compromise of alleged preferences pending; hearing set for 12/12/11;  No suit filed.; settlement preference action; prepared TFR; hrg on same April 18, 2012

Exhibit 8

Initial Projected Date of Final Report (TFR): 07/29/2013            Current Projected Date of Final Report (TFR):

Case 11-12342  Doc 41  Filed 06/19/12  Entered 06/19/12 11:25:45  Desc Main
Document  Page 19 of 22

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 11-12342 | Trustee Name: STEVEN R. RADTKE |
| Case Name: SHARON ANTHONY POMEROY | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX0438 |
| | Money Market Account |
| Taxpayer ID No: XX-XXX8302 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/06/2012 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/28/11 | 16 | Nelson S. Anthony<br>14274 Flaggstaff Court<br>Huntley, IL 60142-6409 | settlement of preferential transfers | 1141-000 | $5,000.00 | | $5,000.00 |
| 01/13/12 | INT | Bank of America | Post accrued interest for account number 4437830438. | 1270-000 | $0.01 | | $5,000.01 |
| 01/16/12 | | Transfer to Acct # xxxxxx0454 | Transfer of Funds from MMA account xxx0438 to Checking account xxx0454 | 9999-000 | | $5,000.01 | $0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $5,000.01 | $5,000.01 |
| | Less: Bank Transfers/CD's | $0.00 | $5,000.01 |
| | Subtotal | $5,000.01 | $0.00 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $5,000.01 | $0.00 |

Page Subtotals: $5,000.01  $5,000.01

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 11-12342 | Trustee Name: STEVEN R. RADTKE | Exhibit 9 |
| Case Name: SHARON ANTHONY POMEROY | Bank Name: Bank of America | |
| | Account Number/CD#: XXXXXX0454 | |
| | Checking | |
| Taxpayer ID No: XX-XXX8302 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 06/06/2012 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/16/12 | | Transfer from Acct # xxxxxx0438 | Transfer of Funds from MMA account xxx0438 to Checking account xxx0454 | 9999-000 | $5,000.01 | | $5,000.01 |
| 04/23/12 | 101 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 , | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,250.00 | $3,750.01 |
| 04/23/12 | 102 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $1,635.25 | $2,114.76 |
| 04/23/12 | 103 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 , | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $3.15 | $2,111.61 |
| 04/23/12 | 104 | American Infosource Lp As Agent For Target Po Box 248866 Oklahoma City, Ok 73124-8866 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 7100-000 | | $640.58 | $1,471.03 |
| 04/23/12 | 105 | N. A. Capital One Capital One,N.A. C/O Creditors Bankruptcy Service P O Box 740933 Dallas, Tx 75374 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | 7100-000 | | $781.14 | $689.89 |
| 04/23/12 | 106 | Ge Capital Retail Bank C/O Recovery Management Systems Corporat 25 Se 2Nd Ave Suite 1120 Miami Fl 33131-1605 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | 7100-000 | | $689.89 | $0.00 |

| | | | | Page Subtotals: | | $5,000.01 | $5,000.01 |
|---|---|---|---|---|---|---|---|

Exhibit 9

| | | |
|---|---:|---:|
| COLUMN TOTALS | $5,000.01 | $5,000.01 |
| Less: Bank Transfers/CD's | $5,000.01 | $0.00 |
| Subtotal | $0.00 | $5,000.01 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $5,000.01 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0438 - Money Market Account | $5,000.01 | $0.00 | $0.00 |
| XXXXXX0454 - Checking | $0.00 | $5,000.01 | $0.00 |
|  | $5,000.01 | $5,000.01 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,000.01 |
| Total Gross Receipts: | $5,000.01 |